## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   ANDRE L WALKER                                    Case No.: 12-11569

         Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/23/2012.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/28/2012.

6) Number of months from filing to the last payment: 3

7) Number of months case was pending: 6

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $     3,400.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 2,250.00 |
| Less amount refunded to debtor | $ 750.00 |
| **NET RECEIPTS** | $ 1,500.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,394.98 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 45.02 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,440.00 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FIN | SECURED | 10,199.00 | 9,875.00 | 9,875.00 | 60.00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 801.00 | 1,895.94 | 1,895.94 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 13,608.00 | 23,321.43 | 23,321.43 | .00 | .00 |
| ACME CREDIT SERVICE | UNSECURED | 204.00 | 293.00 | 293.00 | .00 | .00 |
| ALL AMERICAN YOUTH A | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 619.00 | NA | NA | .00 | .00 |
| APPLIANCE WAREHOUSE | UNSECURED | 284.96 | 261.91 | 261.91 | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 9,487.00 | 16,215.30 | 16,215.30 | .00 | .00 |
| ILLINOIS TOLLWAY AUT | UNSECURED | 6,302.00 | NA | NA | .00 | .00 |
| AUTOMOTIVE CREDIT CO | UNSECURED | 11,120.00 | 7,740.51 | 7,740.51 | .00 | .00 |
| BLUE GATE DEVELOPMEN | UNSECURED | 4,800.00 | NA | NA | .00 | .00 |
| PODS OF CHICAGO | UNSECURED | 368.00 | NA | NA | .00 | .00 |
| JOSEPH W PAVLETIC DD | UNSECURED | 651.00 | NA | NA | .00 | .00 |
| WELLGROUP HEALTH PAR | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 1,937.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO HEIG | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 337.00 | 3,909.02 | 3,909.02 | .00 | .00 |
| COMCAST CHICAGO SECO | UNSECURED | 594.00 | NA | NA | .00 | .00 |
| TIME WARNER NORTH TE | UNSECURED | 185.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 594.00 | NA | NA | .00 | .00 |
| HR IMAGING PARTNERS | UNSECURED | 67.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COMCAST CABLE COMMUN | UNSECURED | 367.00 | NA | NA | .00 | .00 |
| COMCAST CABLE COMMUN | UNSECURED | 197.00 | NA | NA | .00 | .00 |
| ENTERPRISE RENT A CA | UNSECURED | 5,000.00 | NA | NA | .00 | .00 |
| EMP OF COOK COUNTY | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 672.04 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | .00 | NA | NA | .00 | .00 |
| ERAC-REGION G | UNSECURED | 602.00 | NA | NA | .00 | .00 |
| ERAC-REGION G | UNSECURED | 602.00 | NA | NA | .00 | .00 |
| ATT MIDWEST | UNSECURED | 385.00 | NA | NA | .00 | .00 |
| IL TITLE LOAN | UNSECURED | 1,274.92 | NA | NA | .00 | .00 |
| JOE RIZZA FORD | UNSECURED | 2,300.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 864.00 | 863.92 | 863.92 | .00 | .00 |
| FLEXPAY PLUS | UNSECURED | 3,078.00 | NA | NA | .00 | .00 |
| FLEXPAY PLUS | UNSECURED | 3,078.00 | NA | NA | .00 | .00 |
| DIRECTV PRIME CORE | UNSECURED | 373.00 | NA | NA | .00 | .00 |
| IL STATE TOLL HWY AU | UNSECURED | 3,752.00 | NA | NA | .00 | .00 |
| IL STATE TOLL HWY AU | UNSECURED | 1,136.00 | NA | NA | .00 | .00 |
| IL STATE TOLL HWY AU | UNSECURED | 637.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 534.22 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | .00 | NA | NA | .00 | .00 |
| PAPA JOHNS #419 | UNSECURED | 64.00 | NA | NA | .00 | .00 |
| PAPA JOHNS #419 | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| PAPA JOHNS #419 | UNSECURED | 59.00 | NA | NA | .00 | .00 |
| PAPA JOHNS #419 | UNSECURED | 58.00 | NA | NA | .00 | .00 |
| PIZZA HUT | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| PIZZA HUT | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| PIZZA HUT | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| PIZZA HUT | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| TXU ENERGY | UNSECURED | 115.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 925.16 | 711.66 | 711.66 | .00 | .00 |
| GENE SMITH | OTHER | .00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | SECURED | NA | 1,200.00 | .00 | .00 | .00 |
| MONTEREY FINANCIAL S | UNSECURED | NA | 1,004.28 | 1,004.28 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 11,835.68 | 11,835.68 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 249.42 | 249.42 | .00 | .00 |
| AUTOMOTIVE CREDIT CO | OTHER | NA | NA | NA | .00 | .00 |
| ACME CREDIT SERVICE | UNSECURED | NA | 293.00 | .00 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 15.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 9,875.00 | 60.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 9,875.00 | 60.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 23,336.43 | .00 | .00 |
| **TOTAL PRIORITY:** | 23,336.43 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 44,980.64 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,440.00 |
| Disbursements to Creditors | $ | 60.00 |
| **TOTAL DISBURSEMENTS:** | $ | 1,500.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   09/27/2012                              /s/ Tom Vaughn
                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**